granted.  *Messrs. C. W. Prince, James Beery, Denton Dunn,* and *F. W. Lehmann, Jr.,* for petitioner.  *Mr. J. M. Parsons* for respondent.

No. 387.  KLEIN ET AL. *v.* UNITED STATES.  October 20, 1930.  Petition for writ of certiorari to the Court of Claims granted.  *Messrs. Benjamin B. Pettus, Edward Clifford,* and *H. H. Shinnick* for petitioners.  *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Fred K. Dyar* for the United States.

No. 416.  UNITED STATES *v.* WYMAN, PARTRIDGE & Co. October 20, 1930.  Petition for writ of certiorari to the Court of Claims granted.  *Solicitor General Thacher* for the United States.  *Messrs. Frank J. Albus* and *Wm. Meyerhoff* for respondent.

No. 455.  PHILLIPS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  October 20, 1930.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.  *Messrs. Elkan Turk* and *Herman Goldman* for petitioners.  *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, Morton K. Rothschild, Paul D. Miller, Clarence M. Charest,* and *Allin H. Pierce* for respondent.

No. 451.  MATHEUS, U. S. MARSHAL, *v.* UNITED STATES EX REL. CUNNINGHAM.  See same case, *ante,* p. 802.